Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,LFL,REF_EVENTS ONLY (NEFs)

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-20357-KMM-2

Case title: USA v. Williams et al

Magistrate judge case number: 1:21-mj-03110-AOR

Date Filed: 06/24/2021

Date Terminated: 04/21/2022

---

Assigned to: Chief Judge K. Michael Moore
Referred to: Magistrate Judge Lauren
Fleischer Louis

**Defendant (2)**

**Bobby Brown**
50532-509
*YOB 2000 ENGLISH*
*TERMINATED: 04/21/2022*

represented by **Hilton Napoleon, II**
Napoleon Law Firm
2525 Ponce de Leon Blvd.
Suite 300
Coral Gables, FL 33134
305-510-7106
Email: hilton@napoleonfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18 U.S.C. § 924(o) CONSPIRACY TO
POSSESS FIREARMS IN
FURTHERANCE OF VIOLENT AND
DRUG TRAFFICKING CRIMES
(1s)

**Disposition**

AMENDED:Imposing Restitution:
$156,585.00. PRIOR
JUDGMENT:IMPRISONMENT: 57
months. SUPERVISED RELEASE: Three
(3) years.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

CONSPIRACY TO POSSESS FIREARMS
IN FURTHERANCE OF A VIOLENT
CRIME 18:924O.F
(1)
CONSPIRACY TO COMMIT HOBBS
ACT ROBBERY 18:1951.F
(2)

**Disposition**

DISMISSED.

DISMISSED.

| | |
|---|---|
| 18 U.S.C. § 1951(a) CONSPIRACY TO COMMIT HOBBS ACT ROBBERY (2s) | DISMISSED. |
| HOBBS ACT ROBBERY 18:1951.F (3) | DISMISSED. |
| 18 U.S.C. § 1951(a) HOBBS ACT ROBBERY (3s) | DISMISSED. |
| DISCHARGING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE 18:924C.F (4) | DISMISSED. |
| 18 U.S.C. § 924(c)(1)(A)(iii) DISCHARGING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE (4s) | DISMISSED. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1951.F Conspiracy to Commit Hobbs Act Robbery, 18:1951 Hobbs Act Robbery, 18:924C.F Discharging a Firearm in Furtherance of a Crime of Violence | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Dayron Silverio** DOJ-USAO 99 NE 4th St Miami, FL 33132 305-961-9009 Email: dsilverio@podhurst.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Ignacio Jesus Vazquez , Jr** United States Attorney's Office Miami Special Prosecutions Section 99 Northeast 4th Street, Room 806 Miami, FL 33132 305-961-9318 Fax: 305-536-4699 Email: ignacio.vazquez@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Alicia E. Shick**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394
954-660-5793
Fax: 954-356-7336
Email: alicia.shick@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Arielle Klepach**
U.S. Attorney's Office
Miami, LF 33131
Email: arielle@njaclaw.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William T. Zloch**
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
561-820-8711
Fax: 820-8777
Email: wtzloch@outlook.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2021 | 1 | MOTION to Seal by USA as to Lontrell Williams, Bobby Brown, Jayden Darosa. (yha) [1:21-mj-03110-AOR] (Entered: 06/04/2021) |
| 06/03/2021 | 2 | ORDER granting 1 Motion to Seal as to Lontrell Williams (1), Bobby Brown (2), Jayden Darosa (3). Signed by Magistrate Judge Alicia M. Otazo-Reyes on 6/3/2021. *See attached document for full details.* (yha) [1:21-mj-03110-AOR] (Entered: 06/04/2021) |
| 06/03/2021 | 3 | CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS as to Lontrell Williams (1), Bobby Brown (2), Jayden Darosa (3). (yha) [1:21-mj-03110-AOR] (Entered: 06/04/2021) |
| 06/04/2021 | | SYSTEM ENTRY - Docket Entry 4 restricted/sealed until further notice. (yha) [1:21-mj-03110-AOR] (Entered: 06/04/2021) |
| 06/24/2021 | 11 | INDICTMENT and FORFEITURE as to Lontrell D. Williams (1) count(s) 1, 2, 3, 4, Bobby Brown (2) count(s) 1, 2, 3, 4, Jayden Darosa (3) count(s) 1, 2, 3, 4. (Additional attachment(s) added on 6/25/2021: # 1 Restricted Unredacted Indictment) (mdc). (Entered: 06/25/2021) |
| 06/25/2021 | 9 | MOTION to Unseal Case by USA as to Lontrell Williams, Bobby Brown, Jayden Darosa. (mdc) [1:21-mj-03110-AOR] (Entered: 06/25/2021) |
| 06/25/2021 | 10 | ORDER Granting 9 Motion to Unseal Case as to Lontrell Williams (1), Bobby Brown (2), Jayden Darosa (3). Signed by Magistrate Judge Jacqueline Becerra on 6/25/2021. *See attached document for full details.* (mdc) [1:21-mj-03110-AOR] (Entered: 06/25/2021) |

| 06/25/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE Ignacio Jesus Vazquez, Jr appearing for USA. (Vazquez, Ignacio) (Entered: 06/25/2021) |
| 06/29/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE William T. Zloch appearing for USA. *As to forfeiture related matters.* Attorney William T. Zloch added to party USA(pty:pla). (Zloch, William) (Entered: 06/29/2021) |
| 07/07/2021 | | Arrest of Bobby Brown (mdc) (Entered: 07/13/2021) |
| 07/08/2021 | 21 | Minute Order for proceedings held before Magistrate Judge Edwin G. Torres: Status Conference re Initial Appearance as to Bobby Brown held on 7/8/2021. Deft did not appear due to medical issue. ( Status Conference re Initial Appearance set for 7/12/2021 02:00 PM in Miami Division before MIA Duty Magistrate.). (Digital EGT-01/07-08-2021-ZOOM-2:08PM) Signed by Magistrate Judge Edwin G. Torres on 7/8/2021. (dgj) (Entered: 07/09/2021) |
| 07/12/2021 | 22 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Hilton Napoleon, II appearing for Bobby Brown (Napoleon, Hilton) (Entered: 07/12/2021) |
| 07/12/2021 | | Set/Reset Hearings as to Bobby Brown: Arraignment set for 7/20/2021 10:00 AM in Miami Division before MIA Duty Magistrate. *IN PERSON* Detention Hearing set for 7/16/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing set for 7/20/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (dgj) (Entered: 07/12/2021) |
| 07/12/2021 | 23 | Minute Order for proceedings held before Magistrate Judge Jacqueline Becerra: Initial Appearance as to Bobby Brown held on 7/12/2021. Hilton Napolean has filed a TEMPORARY Notice of Appearance 22 . <br><br>**IN PERSON** Detention Hearing set for 7/16/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing and Arraignment set for 7/20/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (Digital JB-ZOOM-7/12/2021-2:35 pm) <br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Jacqueline Becerra on 7/12/2021. (mdc) (Entered: 07/13/2021) |
| 07/15/2021 | 24 | Unopposed MOTION to Appear at Bond Hearing via Zoom by Bobby Brown. Responses due by 7/29/2021 (Napoleon, Hilton) (Entered: 07/15/2021) |
| 07/15/2021 | 25 | PRETRIAL MEMORANDUM *of Law in Support of Pretrial Release* by Bobby Brown (Attachments: # 1 Exhibit A - Docket Sheet in Shelby County, TN Case No. 1802463, # 2 Exhibit B - Arrest Affidavit in Shelby County, TN Case No. 19026815, # 3 Exhibit C - Arrest Affidavit in Shelby County Case No. 20705320) (Napoleon, Hilton) (Entered: 07/15/2021) |

| 07/16/2021 | 26 | PAPERLESS ORDER granting 24 Motion to appear at bond hearing via Zoom as to Bobby Brown (2). Signed by Magistrate Judge Jacqueline Becerra on 7/15/2021. (sl) (Entered: 07/16/2021) |
|---|---|---|
| 07/16/2021 | 29 | Minute Entry for proceedings held before Magistrate Judge Jacqueline Becerra: Detention Hearing as to Bobby Brown held on 7/16/2021. Witness FBI/TFO Elio Garcia testified. Defendant detained as a danger to the community. Government to submit proposed pretrial order 7/19/21. (Digital JB-ZOOM-7-16-2021-11:54 A.M.) (sl) (Entered: 07/20/2021) |
| 07/20/2021 | 32 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Status Conference re: arraignment as to Bobby Brown held on 7/20/2021. **Report Re Counsel** Hearing as to Bobby Brown held on 7/20/2021. (Arraignment reset for 7/27/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing reset for 7/27/2021 10:00 AM in Miami Division before MIA Duty Magistrate.) (JG_01_7-20-2021(10:09am)). Brady Warning Given. Signed by Magistrate Judge Jonathan Goodman on 7/20/2021. (cg1) Modified on 7/20/2021 to reflect Brady Warning Given (cg1). (Entered: 07/20/2021) |
| 07/21/2021 | 35 | ORDER OF DETENTION as to Bobby Brown. Signed by Magistrate Judge Jacqueline Becerra on 7/19/2021. *See attached document for full details.* (lbc) (Entered: 07/21/2021) |
| 07/27/2021 | 38 | NOTICE OF ATTORNEY APPEARANCE: Hilton Napoleon, II appearing for Bobby Brown (Napoleon, Hilton) (Entered: 07/27/2021) |
| 07/27/2021 | 39 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: **Report Re Counsel** Hearing as to Bobby Brown held on 7/27/2021., **ARRAIGNMENT** as to Bobby Brown (2) Count 1,2,3,4 held on 7/27/2021. (Digital AOR-01/07-27-2021-ZOOM-10:09 am)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.<br><br>PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Alicia M. Otazo-Reyes (fbn) (Entered: 07/27/2021) |

| 07/28/2021 | 42 | PAPERLESS SCHEDULING ORDER as to Bobby Brown (2). This case is hereby set for trial before the undersigned U.S. District Judge, at the United States District Courthouse, 400 North Miami Avenue, Miami, Florida, Courtroom 13-1, for the two-week trial period commencing August 30, 2021 at 9:00 AM. COUNSEL shall report to "Call of the Trial Calendar" August 26, 2021 at 2:00 PM. in Courtroom 13-1, on the 13th floor of the U.S. Courthouse, 400 North Miami Avenue, Miami, Florida and to all subsequent calls of the calendar every other Thursday, unless a continuance of trial is granted. All exhibits must be pre-marked and an exhibit list shall be furnished to the Court on the date of trial. All pretrial motions, except motions for continuance of trial, will be referred to Magistrate Judge Lauren F. Louis. |
|---|---|---|
| | | COUNSEL SHALL COMPLY WITH LOCAL RULE 88.5 (B) SPEEDY TRIAL REPORTS. |
| | | THE FILING BY COUNSEL OF A "NOTICE OF UNAVAILABILITY" BY MOTION OR OTHERWISE IS NOT PROVIDED FOR UNDER THE LOCAL RULES AND SHALL NOT BE PRESUMED TO ALTER OR MODIFY THE COURT'S SCHEDULING ORDER. |
| | | ANY MOTION FOR CONTINUANCE OF TRIAL SHALL SET FORTH IN DETAIL WHICH FACTORS CONSTITUTE GROUNDS FOR A CONTINUANCE PURSUANT TO 18 U.S.C. §3161(7)(B). |
| | | ANY CHANGE OF PLEA must be taken prior to 5:00 p.m. on the last business day before trial is scheduled to begin. |
| | | Pursuant to Administrative Order 2016-70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuit 's Local Rules and Internal Operating Procedures, within three days of the conclusion of a trial or other proceeding, Parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non-documentary physical exhibits. The Parties are directed to comply with each of the requirements set forth in Administrative Order 2016-70 unless directed otherwise by the Court. |
| | | Signed by Judge K. Michael Moore on 7/28/2021. (thn) |
| | | **Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 07/28/2021) |
| 07/28/2021 | 43 | PAPERLESS ORDER OF REFERRAL TO MAGISTRATE. PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Lauren F. Louis to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding all pretrial motions, except motions for continuance of trial. Signed by Judge K. Michael Moore on 7/28/2021. (thn) (Entered: 07/28/2021) |
| 08/02/2021 | 44 | Response *to Defendant's Appeal of Magistrate Judge's Detention Order* by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa to 28 Defendant's APPEAL of Magistrate Judge 19 Detention Hearing,,, Status Conference,,, Set Hearings,,, Attorney Appointment/Report Re: Counsel Hearing,, to District Court Hon. Edwin Torres (Klepach, Arielle) (Entered: 08/02/2021) |

| 08/02/2021 | 45 | MOTION for Protective Order by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Responses due by 8/16/2021 (Attachments: # 1 Exhibit Proposed Protective Order)(Klepach, Arielle) (Entered: 08/02/2021) |
|---|---|---|
| 08/03/2021 | 48 | First RESPONSE to Standing Discovery Order by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Supplement Discovery Key)(Klepach, Arielle) (Entered: 08/03/2021) |
| 08/03/2021 | 49 | NOTICE *FIRST NOTICE OF INTENT TO USE DIRECT, INEXTRICABLY INTERTWINED AND RULE 404(B) EVIDENCE* by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Vazquez, Ignacio) (Entered: 08/03/2021) |
| 08/09/2021 | 54 | RESPONSE to Motion by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa re 41 MOTION to Expedite *Grand Jury Testimony* Replies due by 8/16/2021. (Attachments: # 1 Exhibit (Klepach, Arielle) (Entered: 08/09/2021) |
| 08/10/2021 | 56 | SUPERSEDING INDICTMENT as to Lontrell D. Williams (1) count(s) 1s, 2s, 3s, 4s, Bobby Brown (2) count(s) 1s, 2s, 3s, 4s, Jayden Darosa (3) count(s) 1s, 2s, 3s, 4s. (dgj) (Additional attachment(s) added on 8/10/2021: # 1 Restricted Unredacted Indictment) (dgj). (Entered: 08/10/2021) |
| 08/11/2021 | | Arraignment as to Lontrell D. Williams, Bobby Brown, Jayden Daros set for 8/13/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (kss) (Entered: 08/11/2021) |
| 08/12/2021 | 59 | RESPONSE in Opposition by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa re 55 First MOTION to Compel *Discovery* Replies due by 8/19/2021. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Klepach, Arielle) (Entered: 08/12/2021) |
| 08/13/2021 | 61 | Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: **ARRAIGNMENT** on Superseding Indictment as to Bobby Brown (2) Count 1,1s,2,2s,3,3s,4,4s held on 8/13/2021. (Digital D.A.R. 11:00:57; 11:08:10)<br><br>PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Lisette M. Reid on 8/13/2021. (fbn) (Entered: 08/13/2021) |
| 08/19/2021 | 66 | Defendant's REPLY TO RESPONSE to Motion by Lontrell D. Williams as to Lontrell D. Williams, Bobby Brown, Jayden Darosa re 41 MOTION to Expedite *Grand Jury Testimony* (Cohen, Bradford) (Entered: 08/19/2021) |
| 08/20/2021 | 67 | Joint MOTION to Continue Trial by Bobby Brown as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Responses due by 9/3/2021 (Napoleon, Hilton) (Entered: 08/20/2021) |
| 08/24/2021 | 69 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendants Lontrell D. Williams, Bobby Brown, and Jaylen Darosa's Joint Motion to Continue Trial. 67. Therein, Defendants request a continuance of trial because a Superseding Indictment 56 was filed on August 10, 2021, and Defendants' respective counsel need additional time to |

prepare for trial given the expanded scope of the case under the Superseding Indictment
56 . Id. at 2-3. Additionally, Defendants' respective counsel require additional time to
review a large quantity of discovery that was produced by the Government on August 10,
2021. Id. at 3. Defendants argue that the this discovery is expansive, particularly in light
of the Governments intention to rely on 404(b) evidence. Id. at 3-4. For these reasons,
Defendants request a continuance of at least 90 days. Id. at 4. Defendants' request is
unopposed. Id. at 5. The Court finds that a continuance is warranted. Accordingly, UPON
CONSIDERATION of the Motion, the pertinent portions of the record, being otherwise
fully advised in the premises, and it is hereby ORDERED AND ADJUDGED that the
Motion 67 is GRANTED IN PART and DENIED IN PART. This trial is continued to the
two week trial period commencing October 25, 2021 before the Honorable K. Michael
Moore, U.S. District Judge, at 9 a.m. in Courtroom 13-1, (thirteenth floor) United States
Courthouse, 400 North Miami Avenue, Miami, Florida.

COUNSEL shall report to "Call of the Trial Calendar" on October 21, 2021 at 2:00 p.m.
before the Honorable K. Michael Moore, U.S. District Judge and to all subsequent calls
of the calendar every other Thursday, unless a continuance of trial is granted.

All exhibits must be pre-marked and an exhibit list shall be furnished to the Court on the
date of trial. All pretrial motions, except motions for continuance of trial, will be referred
to Magistrate Judge Lauren F. Louis.

Pursuant to Administrative Order 2016-70 of the Southern District of Florida and
consistent with the Court of Appeals for the Eleventh Circuit's Local Rules and Internal
Operating Procedures, within three days of the conclusion of a trial or other proceeding,
Parties must file via CM/ECF electronic versions of documentary exhibits admitted into
evidence, including photographs of non-documentary physical exhibits. The Parties are
directed to comply with each of the requirements set forth in Administrative Order 2016-
70 unless directed otherwise by the Court. Signed by Judge K. Michael Moore on
8/24/2021. (thn) Corrected punctuation per chambers on 8/24/2021 (mf). (Entered:
08/24/2021)

| 08/30/2021 | 71 | NOTICE of Reassignment of Assistant US Attorney. Dayron Silverio appearing for USA. Arielle Klepach terminated. Attorney Dayron Silverio added to party USA(pty:pla). (Silverio, Dayron) (Entered: 08/30/2021) |
| 09/27/2021 | 73 | Joint MOTION to Continue Trial *Scheduled for October 25, 2021* by Bobby Brown as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Responses due by 10/12/2021 (Attachments: # 1 Exhibit A - Government's Discovery Key)(Napoleon, Hilton) (Entered: 09/27/2021) |
| 09/27/2021 | 74 | RESPONSE to Motion by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa re 73 Joint MOTION to Continue Trial *Scheduled for October 25, 2021* Replies due by 10/4/2021. (Vazquez, Ignacio) (Entered: 09/27/2021) |
| 09/29/2021 | 75 | REPLY TO RESPONSE to Motion by Bobby Brown re 73 Joint MOTION to Continue Trial *Scheduled for October 25, 2021* (Napoleon, Hilton) (Entered: 09/29/2021) |
| 10/04/2021 | 76 | Joint MOTION to Withdraw Document 73 Joint MOTION to Continue Trial *Scheduled for October 25, 2021* by Bobby Brown as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Responses due by 10/18/2021 (Napoleon, Hilton) (Entered: 10/04/2021) |
| 10/05/2021 | 77 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the Defendants' Joint Motion to Withdraw Motion to Continue. 76 . Therein, the Defendants inform the Court that they are seeking to withdraw their Motion to Continue 73 because "[a]ll of the Defendants believe that it is in their best interest to proceed to trial on October 25, 2021, |

even in light of the voluminous discovery." 76 at 2. Accordingly, UPON
CONSIDERATION of the Motion 76 , the pertinent portions of the record, and being
otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that
the Motion 76 is GRANTED. The Motion to Continue 73 is hereby DENIED AS MOOT
Signed by Judge K. Michael Moore on 10/5/2021. (thn) (Entered: 10/05/2021)

| 10/12/2021 | 80 | Defendant's MOTION for Bill of Particulars by Lontrell D. Williams. Responses due by 10/26/2021 (Cohen, Bradford) Modified Parties on 10/13/2021 (ls). (Entered: 10/12/2021) |
|---|---|---|
| 10/12/2021 | 81 | PAPERLESS ORDER SETTING BRIEFING SCHEDULE ON Motion for Bill of Particulars 80 . THIS CAUSE came before the Court upon a sua sponte review of the record. On October 12, 2021, Defendant Lontrell D. Williams filed a Motion for Bill of Particulars. Given that trial in the above-captioned case is currently scheduled for October 25, 2021, the Court finds an expedited briefing schedule to be appropriate. Accordingly, UPON CONSIDERATION of the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Parties shall comply with the following expedited briefing schedule: the Government's response to the Motion for Bill of Particulars 80 shall be due by close of business on October 15, 2021; Defendant may file a reply, if at all, on or before October 18, 2021. Signed by Magistrate Judge Lauren Fleischer Louis on 10/12/2021. (pdy) (Entered: 10/12/2021) |
| 10/12/2021 | 82 | Proposed Jury Instructions by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Exhibit Jury Instructions)(Vazquez, Ignacio) (Entered: 10/12/2021) |
| 10/12/2021 | | Attorney update in case as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Attorney Arielle Klepach Activated. (Klepach, Arielle) (Entered: 10/12/2021) |
| 10/13/2021 | | SYSTEM ENTRY - Docket Entry 85 restricted/sealed until further notice. (nc) (Entered: 10/13/2021) |
| 10/13/2021 | | SYSTEM ENTRY - Docket Entry 86 restricted/sealed until further notice. (nc) (Entered: 10/13/2021) |
| 10/13/2021 | 87 | Clerks Notice to Filer re 80 Defendant's MOTION for Bill of Particulars . **Master Case Selected**; ERROR - The filer selected the Master Case, instead of the applicable defendant. The correction was made by the Clerk. It is not necessary to refile this document. (ls) (Entered: 10/13/2021) |
| 10/13/2021 | | SYSTEM ENTRY - Docket Entry 88 restricted/sealed until further notice. (nc) (Entered: 10/13/2021) |
| 10/13/2021 | | SYSTEM ENTRY - Docket Entry 89 restricted/sealed until further notice. (nc) (Entered: 10/13/2021) |
| 10/13/2021 | 90 | PAPERLESS ORDER denying the Government's Motions to Seal 83 , 85 , & 88 . Unless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record. S.D. Fla. L.R. 5.4(a). A party seeking to make a filing under seal in a criminal case shall conventionally file a motion to seal that sets forth the factual and legal basis for departing from the policy that Court filings be public and that describes the proposed sealed filing with as much particularity as possible without revealing the confidential information. *Id.* at (c)(1). Here, the Government seeks to seal certain motions without abiding by Local Rule 5.4. The Government has not described any factual or legal basis for moving to seal and, accordingly, the Government's Motions are DENIED. Signed by Magistrate Judge Lauren Fleischer Louis on 10/13/2021. (pdy) (Entered: 10/13/2021) |

| 10/13/2021 | 91 | RESPONSE to Motion by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa re 78 Defendant's MOTION to Dismiss 56 Indictment, Replies due by 10/20/2021. (Vazquez, Ignacio) (Entered: 10/13/2021) |
|---|---|---|
| 10/13/2021 | 93 | ORDER Denying 89 Amended Motion to Continue Trial as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Signed by Judge K. Michael Moore on 10/13/2021. *See attached document for full details.* (nc) (Entered: 10/14/2021) |
| 10/15/2021 | 96 | PAPERLESS ORDER granting 92 Amended Motion to Seal Re: Sealed Motion to Continue. The Amended Motion, which was publicly filed, explains that the basis for seeking leave to file under seal is that the Motion to Continue 89 reveals health information of the assigned Assistant United States Attorney. Without finding that the information revealed therein is *in fact* confidential, the undersigned nonetheless GRANTS the Amended Motion to Seal the Motion to Continue. Signed by Magistrate Judge Lauren Fleischer Louis on 10/15/2021. (pdy) (Entered: 10/15/2021) |
| 10/15/2021 | | Attorney update in case as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Attorney Arielle Klepach Activated. (Klepach, Arielle) (Entered: 10/15/2021) |
| 10/15/2021 | 98 | RESPONSE in Opposition by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa re 80 Defendant's MOTION for Bill of Particulars Replies due by 10/22/2021. (Klepach, Arielle) (Entered: 10/15/2021) |
| 10/18/2021 | 100 | MOTION in Limine *to Exclude Evidence* by Bobby Brown. Responses due by 11/1/2021 (Napoleon, Hilton) (Entered: 10/19/2021) |
| 10/19/2021 | 102 | PAPERLESS ORDER SETTING BRIEFING SCHEDULE ON MOTIONS IN LIMINE 100 and 101 . THIS CAUSE came before the Court upon a sua sponte review of the record. On October 18, 2021, Defendant Bobby Brown ("Brown") filed a Motion in Limine 100 and on October 19, 2021, Defendant Lontrell D. Williams ("Williams") filed a Motion in Limine 101 . Given that trial in the above-captioned case is currently scheduled for October 25, 2021, the Court finds an expedited briefing schedule to be appropriate. 69 . Accordingly, UPON CONSIDERATION of the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Parties shall comply with the following expedited briefing schedule: the Government's response both Motions in Limine 100 and 101 shall be due on or before October 21, 2021 and Defendants Brown and Williams shall have one day to file a reply, if they so choose. Signed by Judge K. Michael Moore on 10/19/2021. (thn) (Entered: 10/19/2021) |
| 10/20/2021 | 104 | PAPERLESS ORDER SETTING BREIFING SCHEDULE ON MOTION IN LIMINE 103 . THIS CAUSE came before the Court upon a sua sponte review of the record. On October 19, 2021, Defendant Jayden Darosa ("Darosa") filed a Motion in Limine 103 . Given that trial in the above-captioned case is currently scheduled for October 25, 2021, the Court finds an expedited briefing schedule to be appropriate. 69 . Accordingly, UPON CONSIDERATION of the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Parties shall comply with the following expedited briefing schedule: the Government's response to the Motion in Limine 103 shall be due on or before October 21, 2021 and Defendant Darosa have one day to file a reply, if he so chooses. Signed by Judge K. Michael Moore on 10/20/2021. (thn) (Entered: 10/20/2021) |
| 10/20/2021 | 106 | Proposed Jury Instructions by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Exhibit Jury Instructions)(Vazquez, Ignacio) (Entered: 10/20/2021) |

| 10/20/2021 | 108 | Proposed Voir Dire Questions by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Vazquez, Ignacio) (Entered: 10/20/2021) |
|---|---|---|
| 10/20/2021 | 109 | Proposed Jury Instructions by Lontrell D. Williams as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Defendant Lontrell D. Williams' Proposed Jury Instructions)(Cohen, Bradford) (Entered: 10/20/2021) |
| 10/21/2021 | 113 | PAPERLESS ORDER OF REFERRAL TO MAGISTRATE JUDGE. PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to United States Magistrate Judge Lauren F. Louis to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding the Change of Plea by Defendants Lontrell D. Williams (1) and Bobby Brown (2). Please note the calendar call scheduled for October 21, 2021 is cancelled and this case is removed from the October 25, 2021 trial docket. Additionally, until Defendants enter a plea of guilty, counsel is required to comply with S.D. Fla. L.R. 88.5(B). Signed by Judge K. Michael Moore on 10/21/2021. (thn) (Entered: 10/21/2021) |
| 10/21/2021 | 114 | PAPERLESS Minute Entry for proceedings held before Judge K. Michael Moore: Calendar Call as to Lontrell D. Williams and Bobby Brown held on 10/21/2021. Defendants' stated in court that they both wish to change their plea from not guilty to guilty. Case will be referred to the magistrate judge for a change of plea hearing. Order to Follow. Total time in court: 5 minutes. Attorney Appearance(s): AUSA Dayron Silverio, AUSA Arielle Klepach, AUSA Ignacio Jesus Vazquez, Jr., Saam Zangeneh, Esq., Bradford M. Cohen, Esq. and Hilton Napoleon, II, Esq. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov.

NOTICE OF POLICY RE ELECTRONIC SUBMISSION OF EXHIBITS. Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the The Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov. (ar2) (Entered: 10/21/2021) |
| 10/21/2021 |  | Utility: Terminate trial as to Defendants Lontrell D. Williams (1) and Bobby Brown (2) re: 113 Paperless Order of Referral to Magistrate Judge. (thn) (Entered: 10/21/2021) |
| 10/25/2021 | 117 | PAPERLESS ORDER requiring expedited reply. THIS CAUSE is before the Court upon Defendant's Response to the Government's Sealed Motion to Disqualify Counsel and for Garcia Hearing. Expedited reply by the Government may be filed, if at all, on or before October 27, 2021. The Reply may be filed under seal. Signed by Magistrate Judge Lauren Fleischer Louis on 10/25/2021. (pdy) (Entered: 10/25/2021) |
| 10/27/2021 | 121 | PAPERLESS ORDER denying as moot 119 Defendant's Motion to Continue. The hearing is reset to November 2, 2021 at 4:00 PM per 120 . Signed by Magistrate Judge Lauren Fleischer Louis on 10/27/2021. (pdy) (Entered: 10/27/2021) |
| 10/29/2021 | 123 | PAPERLESS ORDER re 120 Order Resetting Hearing on the Government's Motion 84 . This Order follows the Parties' inquiry to chambers regarding the nature of the hearing. The Court has reserved 1 hour for this hearing, which the Government specifically requested in its Motion. The Parties, via email, have asked whether the Court will require |

| | | the presentation of evidence or whether both sides may proceed by proffer. While a proffer of evidence may be acceptable, the Court is neither requiring nor foreclosing the Parties from presenting evidence. Signed by Magistrate Judge Lauren Fleischer Louis on 10/29/2021. (pdy) (Entered: 10/29/2021) |
|---|---|---|
| 11/04/2021 | 125 | TRANSCRIPT of Detention Hearing as to Bobby Brown held on 7/16/21 before Magistrate Judge Jacqueline Becerra, 1-76 pages, Court Reporter: Bonnie J. Lewis, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/26/2021. Redacted Transcript Deadline set for 12/6/2021. Release of Transcript Restriction set for 2/2/2022. (hh) (Entered: 11/04/2021) |
| 12/03/2021 | 128 | PAPERLESS ORDER Setting Change of Plea Hearing as to Bobby Brown and Jayden Darosa. The Change of Plea Hearing set for December 7, 2021 at 1:30 PM in Miami Division before Magistrate Judge Lauren Fleischer Louis. No later than 24 hours prior to the Change of Plea hearing, Government's counsel shall submit (via email to Louis@flsd.uscourts.gov and with copy to counsel for Defendant) a copy of any Plea Agreement or Factual Proffer entered by the parties. Appearances may be made in person at the United States Courthouse, C. Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida. Prior to your courthouse visit, please click here to view our COVID-19 Rules and Procedures. Signed by Magistrate Judge Lauren Fleischer Louis on 12/3/2021. (aw) (Entered: 12/03/2021) |
| 12/07/2021 | 135 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Status Conference Re: Change of Plea Hearing as to Bobby Brown held on 12/7/2021. Counsel to propose dates for change of plea hearing. Attorney Appearance(s): Arielle Klepach, Hilton Napoleon, II. Total time in court: 30 minutes. Court Reporter: Francine Salopek, 305-301-3276 / mjsfcs@aol.com. (aw) (Entered: 12/07/2021) |
| 01/04/2022 | 150 | PAPERLESS ORDER Setting Change of Plea Hearing as to Bobby Brown. A Change of Plea Hearing is set for January 14, 2022 at 9:30 AM in Miami Division before Magistrate Judge Lauren Fleischer Louis. No later than 24 hours prior to the Change of Plea hearing, Government's counsel shall submit (via email to Louis@flsd.uscourts.gov and with copy to counsel for Defendant) a copy of any Plea Agreement or Factual Proffer entered by the Parties. Appearances may be made in person at the United States Courthouse, C. Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida. Prior to your courthouse visit, please click here to view our COVID-19 Rules and Procedures. Signed by Magistrate Judge Lauren Fleischer Louis on 1/4/2022. (aw) (Entered: 01/04/2022) |
| 01/14/2022 | 160 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Change of Plea Hearing as to Bobby Brown held on 1/14/2022. Bobby Brown (2) Guilty Count 1s. Attorney Appearance(s): Arielle Klepach, Hilton Napoleon, II,. The parties agree to the Change of Plea Hearing before Magistrate Judge Lauren F. Louis. Defendant sworn - Plea colloquy. The Court finds Defendant competent and will make a recommendation that Judge K. Michael Moore accept the Defendant's plea of guilty. Defendant remanded into USM custody. The Sentencing Hearing to be set by separate order. Total time in court: 25 minutes. Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. (aw) (Entered: 01/14/2022) |
| 01/14/2022 | 161 | PLEA AGREEMENT as to Bobby Brown (aw) (Entered: 01/14/2022) |
| 01/14/2022 | 162 | FACTUAL PROFFER as to Bobby Brown (aw) (Entered: 01/14/2022) |
| 01/14/2022 | 163 | REPORT AND RECOMMENDATION ON CHANGE OF PLEA as to Bobby Brown. Objections to R&R due by 1/28/2022 Signed by Magistrate Judge Lauren Fleischer Louis |

on 1/14/2022. *See attached document for full details.* (mee) (Entered: 01/17/2022)

| 01/20/2022 | 164 | Notice of Presentence Investigation Assignment of Bobby Brown to US Probation Officer Kira Harmeling in the Miami Wilkie D. Ferguson, Jr. U.S. Courthouse and she can be contacted at 305-523-5394 or Kira_Harmeling@flsp.uscourts.gov. (wsz) (Entered: 01/20/2022) |
| 02/02/2022 | 168 | PAPERLESS ORDER ADOPTING 163 REPORT AND RECOMMENDATION. THIS CAUSE is before the Court on the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Lauren F. Louis. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is ORDERED AND ADJUDGED that Magistrate Judge Louis's Report and Recommendation is hereby ADOPTED. Defendant Bobby Brown (2) is hereby adjudicated guilty as to the Count 1 of the Indictment. Defendant Brown's Motion in Limine 100 is hereby DENIED AS MOOT.<br><br>Sentencing is set for April 7, 2022 at 2:00 PM before District Judge K. Michael Moore, United States Courthouse, Courtroom 13-1, 400 North Miami Avenue, Miami, Florida. All Parties shall appear in person.<br><br>**If not already in custody, Defendant will be remanded to the custody of the Bureau of Prisons upon the imposition of a sentence that includes a term of imprisonment. Signed by Judge K. Michael Moore on 2/2/2022. (thn) (Entered: 02/02/2022)** |
| 02/02/2022 | 169 | DE # 100 terminated per DE # 168.(thn) (Entered: 02/02/2022) |
| 03/01/2022 | 178 | NOTICE *ON FORFEITURE* by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Zloch, William) (Entered: 03/01/2022) |
| 03/03/2022 | 180 | DRAFT Disclosure of Presentence Investigation Report of Bobby Brown. This is a limited access document. Report access provided to attorneys Dayron Silverio, Arielle Klepach, Ignacio Jesus Vazquez, Jr, Hilton Napoleon, II by USPO (Attachments: # 1 Position of Parties)(acn1) (Entered: 03/03/2022) |
| 03/11/2022 | 182 | PAPERLESS NOTICE RESCHEDULING SENTENCING HEARINGS as to Defendants Lontrell D. Williams (1) and Bobby Brown (2).<br><br>Sentencings are now set for **Wednesday, April 20, 2022 at 2:00 PM** before District Judge K. Michael Moore, United States Courthouse, Courtroom 13-1, 400 North Miami Avenue, Miami, Florida. All Parties shall appear in person.<br><br>**If not already in custody, Defendants will be remanded to the custody of the Bureau of Prisons upon the imposition of a sentence that includes a term of imprisonment.** (tgr) (Entered: 03/11/2022) |
| 03/17/2022 | 183 | Unopposed MOTION for Extension of Time to File Objections to the Presentence Investigation Report re 180 - - AUTHORIZED USERS: See the Court's website for instructions on viewing the PSI report - - Disclosure of Presentence Investigation/Plea and Sentencing Report, by Bobby Brown. Responses due by 3/31/2022 (Napoleon, Hilton) (Entered: 03/17/2022) |
| 03/23/2022 | 184 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendant Bobby Brown's unopposed Motion for Enlargement of Time to File Objections to Presentence Investigation Report. 183 . UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Defendant's Motion for Enlargement of Time to File Objections to Presentence Investigation Report 183 is GRANTED. Defendant shall file |

| | | any objections to the Presentence Investigation Report on or before March 31, 2022. Signed by Judge K. Michael Moore on 3/23/2022. (soy) (Entered: 03/23/2022) |
|---|---|---|
| 03/25/2022 | 185 | RESPONSE to 181 Objections to Presentence Investigation Report by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Attachment A) (Klepach, Arielle) (Entered: 03/25/2022) |
| 04/08/2022 | 186 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Bobby Brown. This is a limited access document and access has been removed by USPO due to an error. See DE 188 for corrected full PSI. (Attachments: # 1 Addendum)(acn1) Modified on 4/11/2022 (mf). (Entered: 04/08/2022) |
| 04/11/2022 | 188 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Bobby Brown. This is a limited access document. Report access provided to attorneys Dayron Silverio, Arielle Klepach, Ignacio Jesus Vazquez, Jr, Hilton Napoleon, II by USPO (Attachments: # 1 Addendum, # 2 Objections)(acn1) (Entered: 04/11/2022) |
| 04/18/2022 | 192 | Response *to Defendants objections to the Presentence Investigation Report* by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Exhibit) (Klepach, Arielle) (Entered: 04/18/2022) |
| 04/19/2022 | 195 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the Defendant Lontrell D. Williams's (1) Motion to Continue Sentencing. 194 . Therein, Defendant Williams requests an unspecified continuance of his sentencing hearing in response to the Court's Order 193 while counsel is "currently exploring the alternative option of Dr. Baden preparing a report for the Court to consider at sentencing in lieu of live testimony." 194 at 1. Defendant Williams "urges the Court to consider Dr. Baden's testimony as it [sic] indispensable and consequential to the determination of Defendant's sentencing guidelines." Id. at 2. Sentencing as to Defendant Williams is currently set for April 20, 2022. 182 . Defendant Williams presumes that the Government opposes the Motion. 194 at 4. <br><br> The Court must impose a sentence without unnecessary delay and may, upon a showing of good cause, extend the deadlines related to sentencing. See Fed. R. Crim. P. 32(b). In addition, "[d]istrict courts have 'unquestionable' authority to control their own dockets." Smith v. Psychiatric Sols., Inc., 750 F.3d 1253, 1262 (11th Cir. 2014) (internal citation omitted). "This authority includes 'broad discretion in deciding how best to manage the cases before them.'" Id. (internal citation omitted). At sentencing, the Court "must--for any disputed portion of the presentence report or other controverted matter--rule on the dispute or determine that a ruling is unnecessary either because the matter will not affect sentencing, or because the court will not consider the matter in sentencing." Fed. R. Crim. P. 32(i)(3)(B). Even though a court may receive testimony on disputed matters in the presentence investigation report, "the sentencing process is not a trial." United States v. Stephens, 699 F.2d 534, 537 (11th Cir. 1983). District judges have wide latitude to consider factors relevant to a sentencing decision. Id. at 537-38. "[T]he degree of due process protection required at sentencing is only that which is necessary 'to ensure that the district court is sufficiently informed to enable it to exercise its sentencing discretion in an enlightened manner.'" United States v. Plasencia, 886 F.3d 1336, 1343 (11th Cir. 2018) (quoting Stephens, 699 F.2d at 537). <br><br> Upon a review of the record, including the presentence investigation report, Defendant Williams's objections to the report, and the Government's response, the Court does not find good cause to continue the sentencing hearing. The Court notes that this is the second request to continue sentencing filed by Defendant Williams in three days. See 189 , 194 . Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND |

| | | |
|---|---|---|
| | | ADJUDGED that Defendant Williams's Motion to Continue Sentencing 194 is DENIED. |
| | | The Court further INSTRUCTS the Government, Defendant Lontrell D. Williams (1), and Defendant Bobby Brown (2) to each file a list of witnesses, if any, they intend to call at sentencing by **April 19, 2022 at 3 PM**. The Parties should also identify the topic(s) each witness intends to cover in his or her testimony. Signed by Judge K. Michael Moore on 4/19/2022. (soy) (Entered: 04/19/2022) |
| 04/19/2022 | 196 | Witness List by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Klepach, Arielle) (Entered: 04/19/2022) |
| 04/19/2022 | 198 | Witness List by Bobby Brown (Napoleon, Hilton) (Entered: 04/19/2022) |
| 04/20/2022 | 200 | NOTICE *of Filing Sentencing Letters* by Bobby Brown (Attachments: # 1 Exhibit A - Letters by Kirsten Toth, Bobby Brown, Tony Brown, Sr., and Tony Brown, Jr.) (Napoleon, Hilton) (Entered: 04/20/2022) |
| 04/20/2022 | 201 | EXHIBIT LIST by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Klepach, Arielle) (Entered: 04/20/2022) |
| 04/20/2022 | 202 | PAPERLESS Minute Entry for proceedings held before Judge K. Michael Moore: Sentencing held on 4/20/2022 as to Bobby Brown. Defendant sentenced to 57 months as to Count One of the Superseding Indictment, followed by three (3) years of supervised release with special conditions, restitution to be determined, and a $100.00 special assessment. Defendants girlfriend testified. Evidence admitted. Defendant's notice of right to appeal given. Total time in court: 1 hour and 30 minutes. Attorney Appearance(s): Arielle Klepach, AUSA, Ignacio Jesus Vazquez, Jr., AUSA and Hilton Napoleon, II, Esq. Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. (ar2) (Entered: 04/21/2022) |
| 04/21/2022 | 206 | JUDGMENT as to Bobby Brown (2), Counts 1, 2, 2s, 3, 3s, 4 and 4s, DISMISSED; Count 1s, IMPRISONMENT: 57 months. SUPERVISED RELEASE: Three (3) years. Assessment: $100.00. Closing Case for Defendant. Signed by Judge K. Michael Moore on 4/21/2022. *See attached document for full details.* (ar2) (Entered: 04/22/2022) |
| 04/22/2022 | 207 | PAPERLESS NOTICE OF HEARING as to Lontrell D. Williams and Bobby Brown. Restitution Hearing set for 7/14/2022 at 2:00 PM in Miami Division before Judge K. Michael Moore. (ar2) (Entered: 04/22/2022) |
| 05/05/2022 | 208 | HEARING EXHIBITS 10 by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Exhibit)(Klepach, Arielle) (Entered: 05/05/2022) |
| 05/27/2022 | 212 | TRANSCRIPT of Sentencing hearing as to Lontrell D. Williams, Bobby Brown held on 4-20-22 before Judge K. Michael Moore, Volume Number 1 of 1, 1-109 pages, Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/17/2022. Redacted Transcript Deadline set for 6/27/2022. Release of Transcript Restriction set for 8/25/2022. (vas) (Entered: 05/27/2022) |
| 07/11/2022 | 216 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendant Lontrell D. Williams's (1) Unopposed Motion to Continue Hearing. 215 . Therein, Defendant Williams requests that the restitution hearing scheduled for Thursday, July 14 be continued until after July 30, 2022. Id. at 1. In support of his request, Defendant Williams states that he only recently became aware that the Government plans to retain experts in this matter to assist in the calculation of possible future medical bills for the purposes of the restitution hearing. Id. at 2. Defendant Williams explains that the Government has not |

notified him which expert has been retained or provided him with the expert's report and findings. Id. Defendant Williams also states that he would like the opportunity to hire his own rebuttal expert. Id. Additionally, Defendant Williams notifies the Court that his attorney has a scheduling conflict with the restitution hearing as currently set--pre-planned and pre-paid out-of-state travel--and that his attorney will be unavailable until he returns from his travels on Saturday, July 30, 2022. Id. at 3. The Government does not oppose the request for a continuance. Id.

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Unopposed Motion to Continue Hearing 215 is GRANTED. The restitution hearing as to **ALL Defendants in this matter** is now scheduled for August 9, 2022 at 2:00 p.m. before the Honorable K. Michael Moore, U.S. District Judge, at the United States Courthouse, Courtroom 13-1, 400 North Miami Avenue, Miami, Florida.

Signed by Judge K. Michael Moore on 7/11/2022. (tgr) (Entered: 07/11/2022)

| 08/05/2022 | 218 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendant Lontrell D. Williams's (1) Unopposed Motion to Continue Hearing. 217 . Therein, Defendant Williams requests that the restitution hearing scheduled for Tuesday, August 9, 2022, be continued by sixty (60) days. Id. at 2. In support of his request, Defendant Williams states that he needs additional time to negotiate the complex settlement issue with the Government "in an effort to avoid a lengthy restitution hearing." Id. The Government does not oppose the request for a continuance. See generally id.

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Unopposed Motion to Continue Hearing 217 is GRANTED. The restitution hearing as to **ALL Defendants** in this matter is now scheduled for **October 11, 2022 at 2:00 P.M.** before the Honorable K. Michael Moore, U.S. District Judge, at the United States Courthouse, Courtroom 13-1, 400 North Miami Avenue, Miami, Florida.

Signed by Judge K. Michael Moore on 8/5/2022. (tgr) (Entered: 08/05/2022) |
| 10/05/2022 | 220 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendant Jayden Darosa's (3) Unopposed Motion to Continue the Restitution Hearing. 219 . The Restitution Hearing in this matter is currently set for October 11, 2022. Id. Defendant Darosa requests that the Court continue the Restitution Hearing for a period of two weeks from October 11, 2022 because his counsel is scheduled to be traveling out of the District from October 5, 2022 until October 13, 2022. Id. at 1-2. Defendant Derosa represents that the Government and Co-Defendants Lontrell Williams and Bobby Brown do not oppose the request for a continuance. Id. at 1. "District courts have 'unquestionable' authority to control their own dockets." Smith v. Psychiatric Solutions, Inc., 750 F.3d 1253, 1262 (11th Cir. 2014) (internal citation omitted). "This authority includes 'broad discretion in deciding how best to manage the cases before them.'" Id. (internal citation omitted). Moreover, once a scheduling order is entered, it "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion 14 is GRANTED. The restitution hearing is now scheduled for October 27, 2022 at 2:00 p.m. before the Honorable K. Michael Moore, U.S. District Judge, at the United States Courthouse, Courtroom 13-1, 400 North Miami Avenue, Miami, Florida. Signed by Judge K. Michael Moore on 10/5/2022. (rfr) (Entered: 10/05/2022) |

| 10/25/2022 | | SYSTEM ENTRY - Docket Entry 221 restricted/sealed until further notice. (pes) (Entered: 10/25/2022) |
|---|---|---|
| 10/25/2022 | | SYSTEM ENTRY - Docket Entry 222 restricted/sealed until further notice. (pes) (Entered: 10/25/2022) |
| 10/26/2022 | 223 | Response/Memorandum in Opposition *of Government's Restitution Memorandum* by Bobby Brown as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Napoleon, Hilton) (Entered: 10/26/2022) |
| 10/27/2022 | 224 | Reply *to Defendant Bobby Brown's Response to Restitution Memorandum* by USA as to Bobby Brown to 223 Response/Reply/Answer (Other) (Klepach, Arielle) (Entered: 10/27/2022) |
| 10/27/2022 | 225 | Witness List by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Klepach, Arielle) (Entered: 10/27/2022) |
| 10/27/2022 | 226 | PAPERLESS Minute Entry for proceedings held before Judge K. Michael Moore: Restitution Hearing held on 10/27/2022 as to Lontrell D. Williams, Bobby Brown, and Jayden Darosa. The government discussed expert reports. Defense counsel objected to government's exhibits. The Court will take this matter under advisement. Notice resetting the restitution hearing to follow. Total time in court: 30 minutes. Attorney Appearance(s): Arielle Klepach, AUSA, Ignacio Jesus Vazquez, Jr., AUSA, Saam Zangeneh, Bradford M. Cohen, Hilton Napoleon, II, and Ian McDonald, AFPD. Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. (ar2) (Entered: 10/27/2022) |
| 10/27/2022 | 227 | PAPERLESS NOTICE SETTING RESTITUTION HEARING as to Lontrell D. Williams, Bobby Brown, and Jayden Darosa. Restitution Hearing reset for 12/1/2022 at 2:00 PM in Miami Division before Judge K. Michael Moore. (ar2) (Entered: 10/27/2022) |
| 11/01/2022 | 228 | Surreply *to Government's Reply to Defendant's Response to Government's Restitution Memorandum* by Bobby Brown to 224 Response/Reply/Answer (Other) (Attachments: # 1 Exhibit A - Sarna's Call Log and Text Msgs, # 2 Exhibit B - Williams's Interrogatories in Civil Case, # 3 Exhibit C - Sarna's Gun Box and Bullets) (Napoleon, Hilton) (Entered: 11/01/2022) |
| 11/09/2022 | 229 | ORDER as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Signed by Judge K. Michael Moore on 11/9/2022. *See attached document for full details.* (rfr) (Entered: 11/09/2022) |
| 11/15/2022 | 230 | TRANSCRIPT of Restitution hearing as to Lontrell D. Williams, Bobby Brown, Jayden Darosa held on 10-27-22 before Judge K. Michael Moore, Volume Number 1 of 1, 1-25 pages, Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2022. Redacted Transcript Deadline set for 12/16/2022. Release of Transcript Restriction set for 2/13/2023. (vas) (Entered: 11/15/2022) |
| 11/29/2022 | 231 | PAPERLESS ORDER. The Parties are hereby ORDERED to provide the Court with a Joint Status Report regarding the issues they intend to raise at the Restitution Hearing scheduled for December 1, 2022, at 2:00 pm. The Joint Status Report shall be filed on or before November 30, 2022, at 4:00 pm. Signed by Judge K. Michael Moore on 11/29/2022. (rfr) (Entered: 11/29/2022) |
| 11/30/2022 | 232 | Unopposed MOTION to Continue by Lontrell D. Williams, Bobby Brown, Jayden Darosa. Attorney Michael James McMullen added to party Lontrell D. Williams(pty:dft). |

| | | Responses due by 12/14/2022 (McMullen, Michael) (Entered: 11/30/2022) |
|---|---|---|
| 11/30/2022 | 233 | STATUS REPORT *as to Restitution Hearing* by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Klepach, Arielle) (Entered: 11/30/2022) |
| 12/01/2022 | 234 | PAPERLESS Minute Entry for proceedings held before Judge K. Michael Moore: Restitution Hearing held on 12/1/2022 as to Lontrell D. Williams, Bobby Brown, and Jayden Darosa. The parties requested additional time to meet with experts and obtain depositions. Restitution hearing to be reset by separate notice. Total time in court: 15 minutes. Attorney Appearance(s): Arielle Klepach, Ignacio Jesus Vazquez, Jr., Bradford M. Cohen, Hilton Napoleon, II, and Ian McDonald. Other appearances: Probation Officer: Kira Harmeling. Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. (ar2) (Entered: 12/01/2022) |
| 12/01/2022 | 235 | PAPERLESS NOTICE OF HEARING as to Lontrell D. Williams, Bobby Brown, Jayden Darosa. Restitution Hearing reset for 1/5/2023 at 2:00 PM in Miami Division before Judge K. Michael Moore. (ar2) (Entered: 12/01/2022) |
| 12/14/2022 | 236 | PAPERLESS NOTICE RESCHEDULING RESTITUTION HEARING. The restitution hearing for all defendants is now set for **Tuesday, January 10, 2023 at 2:00 PM** before U.S. District Judge K. Michael Moore, in Courtroom 13-1, on the 13th floor of the U.S. Courthouse, 400 North Miami Avenue, Miami, Florida. Counsel for all Parties shall appear in person. (soy) (Entered: 12/14/2022) |
| 01/06/2023 | 237 | NOTICE *OF FILING SENTENCING EXHIBITS* by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Attachments: # 1 Exhibit Exhibit 3, # 2 Exhibit Exhibit 4) (Klepach, Arielle) (Entered: 01/06/2023) |
| 01/09/2023 | 238 | STATUS REPORT by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Klepach, Arielle) (Entered: 01/09/2023) |
| 01/09/2023 | 240 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the Motion to Continue Restitution Hearing. 239 . The Restitution Hearing is currently set for January 10, 2023. Id. Defendant states that a settlement agreement has been reached between Defendant and the alleged victims to resolve all outstanding matters, including restitution.... Id. at 1. Defendant further states that while the Parties have been working to finalize the written settlement agreement, the finalized agreement is awaiting the signature of the victim who is still in federal custody as well as the other victim who is currently in the custody of ICE awaiting deportation. Id. Accordingly, Defendant requests that this Court continue the Restitution Hearing. Id. "District courts have 'unquestionable' authority to control their own dockets." Smith v. Psychiatric Solutions, Inc., 750 F.3d 1253, 1262 (11th Cir. 2014) (internal citation omitted). "This authority includes 'broad discretion in deciding how best to manage the cases before them.'" Id. (internal citation omitted). Moreover, once a scheduling order is entered, it "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion 239 is GRANTED. The Restitution Hearing is now scheduled for February 2, 2023, at 11:00 AM. Signed by Judge K. Michael Moore on 1/9/2023. (rfr) (Entered: 01/09/2023) |
| 01/31/2023 | 244 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the Motion to Continue Restitution Hearing. 243 . The Restitution Hearing is currently set for February 2, 2023. Id. Defendant states that a settlement agreement has been reached between Defendant and the alleged victims to resolve all outstanding matters, including restitution. Id. at 1. Defendant further states that while the Parties have been working to finalize the written settlement agreement, the finalized agreement is awaiting the signature of one victim. Id. Accordingly, Defendant requests that this Court continue the Restitution |

| | | |
|---|---|---|
| | | Hearing. Id. "District courts have 'unquestionable' authority to control their own dockets." Smith v. Psychiatric Solutions, Inc., 750 F.3d 1253, 1262 (11th Cir. 2014) (internal citation omitted). "This authority includes 'broad discretion in deciding how best to manage the cases before them.'" Id. (internal citation omitted). Moreover, once a scheduling order is entered, it "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion 243 is GRANTED. The Restitution Hearing is now scheduled for February 28, 2023, at 11:00 AM. The Parties are INSTRUCTED to inform the Court if the finalized agreement is fully executed before February 28, 2023. Signed by Judge K. Michael Moore on 1/31/2023. (rfr) (Entered: 01/31/2023) |
| 02/24/2023 | [246](#) | STATUS REPORT *and Response to Defendant's Motion for Return of Property* by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Klepach, Arielle) (Entered: 02/24/2023) |
| 02/27/2023 | [247](#) | EXHIBIT and WITNESS LIST by USA as to Lontrell D. Williams, Bobby Brown, Jayden Darosa (Klepach, Arielle) (Entered: 02/27/2023) |
| 02/28/2023 | 248 | PAPERLESS Minute Entry for proceedings held before Judge K. Michael Moore: Restitution Hearing held on 2/28/2023 as to Lontrell D. Williams, Bobby Brown, and Jayden Darosa. The government stated that they had reached an agreement as to the restitution amount. The Court advised the government to file a motion in that regard. Order to follow said motion, along with Amended Judgment. Total time in court: 15 minutes. Attorney Appearance(s): Arielle Klepach, AUSA, Bradford M. Cohen, Esq., Hilton Napoleon, II, Esq., and Ian McDonald, AFPD. Other appearances: Probation Officer: Kira Harmeling. Court Reporter: Quanincia Hill, 305-523-5634 / Quanincia_Hill@flsd.uscourts.gov. (ar2) (Entered: 02/28/2023) |
| 02/28/2023 | [249](#) | ORDER as to Bradford M. Cohen. Signed by Judge K. Michael Moore on 2/28/2023. *See attached document for full details.* (rfr) (Entered: 02/28/2023) |
| 02/28/2023 | [250](#) | Clerks Receipt for court Fine per order of the court (DE#249) received on 2/28/2023 in the amount of $500.00, receipt number FLS265499 for Bradford M. Cohen. (vt) (Entered: 02/28/2023) |
| 03/01/2023 | [251](#) | RESTITUTION ORDER as to Defendants Lontrell D. Williams, Bobby Brown, and Jayden Darosa. Signed by Judge K. Michael Moore on 3/1/2023. *See attached document for full details.* (rfr) (Entered: 03/01/2023) |
| 03/02/2023 | [254](#) | AMENDED JUDGMENT as to Bobby Brown (2), Count(s) 1, 2, 2s, 3, 3s, 4, 4s, DISMISSED.; Count(s) 1s, AMENDED:Imposing Restitution: $156,585.00. PRIOR JUDGMENT:IMPRISONMENT: 57 months. SUPERVISED RELEASE: Three (3) years.. Signed by Judge K. Michael Moore on 3/2/2023. *See attached document for full details.* (mee) (Entered: 03/03/2023) |
| 07/21/2023 | [255](#) | MOTION for sentencing transcripts judgment (copy of docket sheet mailed,judgment) re [237](#) Notice (Other) by Bobby Brown. Responses due by 8/4/2023 (mee) (Entered: 07/21/2023) |